An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

PENI PAUESI PELE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64929

PENI PAUESI PELE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65465

**FILED**

MAY 1 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER ADMINISTRATIVELY CLOSING APPEAL IN DOCKET NO. 64929

On January 27, 2014, appellant filed a proper person notice of appeal from the jury's verdict and that appeal was docketed in this court in Docket No. 64929. Appellant filed a second notice of appeal from a pretrial decision on February 3, 2014, which was also filed in Docket No. 64929. A notice of appeal from the written judgment of conviction was subsequently filed on April 16, 2014. The clerk of this court inadvertently docketed the third notice of appeal as a separate matter in Docket No. 65465. We direct the clerk of this court to administratively close the

14-15662

appeal in Docket No. 64929 and transfer to Docket No. 65465 all documents filed or received in Docket No. 64929.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:   Hon. James M. Bixler, District Judge
Peni Pauesi Pele
Attorney General/Carson City
Clark County District Attorney
Clark County Public Defender
Eighth District Court Clerk